

ORDERED in the Southern District of Florida on April 28, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

VA TECHNOSOLUTIONS AND SERVICES, LLC
    Debtor.
_____/

Case No. 23-10161-RAM
Chapter 11

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE WITH PREJUDICE (DE 51)

**THIS MATTER** came before the court for hearing on April 27, 2023, upon the Debtor and Debtor in Possession's Motion to Voluntarily Dismiss Bankruptcy Case (DE 51)(the "Motion")(DE 51). The Court having reviewed the Motion, having heard from the interested parties present, and for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**. This subchapter v chapter 11 case is dismissed with prejudice to the Debtor filing of a petition under any chapter of the Bankruptcy Code for a period of one (1) year from the date of this Order.

2. All pending motions are denied as moot.

3. The confirmation of the underlying plan (DE 57) is denied as moot.

4. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within fourteen (14) days of the entry of this Order. Since this is a subchapter v case, no fees are due to the U.S. Trustee.

5. The Debtor, shall file and provide to the United States Trustee appropriate operating reports indicating the cash receipts and disbursements for the relevant periods since the period reported on the last debtor-in- possession report filed by the Debtor.

6. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by:

Tarek K. Kiem, Esq.
Attorney for Debtor in Possession
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114 Lake Worth, FL 33467
Telephone: 561-600-0406, Fax: 561-763-7355
Email: tarek@kiemlaw.com

Attorney Tarek K. Kiem shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).